IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BOLTON MANAGEMENT, LLC, a
Florida Limited Liability Company
and DR. BRETT BOLTON, an individual

    Plaintiff,

vs.

YARIEL MARTINEZ, an individual;
JOHN DOE, an individual

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiffs, BOLTON MANAGEMENT, LLC ("BOLTON MGMT") and DR. BRETT BOLTON ("DR. BOLTON")(Collectively "Plaintiffs") by and through undersigned counsel, hereby sue Defendant YARIEL MARTINEZ, ("Defendant") and allege as follows:

### PARTIES, VENUE AND JURISDICTION

1. This is an action to recover money damages and other relief in excess of seventy-five thousand Dollars ($75,000.00) exclusive of interest, costs, and attorney's fees.

2. Plaintiff, BOLTON MGMT, a Florida Limited Liability Company with a principal place of business located at 2715 E Oakland Park Blvd., Suite 200, Fort Lauderdale, FL 33306

3. Plaintiff, DR. BOLTON, an individual, is a resident of Florida and serves as President of BOLTON MGMT.

4. Defendant is an individual and upon information and belief is a resident of Illinois.

5. Venue is proper in Broward County, Florida as the causes of action arise and accrued in Broward County, Florida and Plaintiffs continue to suffer damages here in Broward County, Florida.

## GENERAL ALLEGATIONS

6. DR. BOLTON is an expert in the field of hair transplant and restoration and the innovator of the MaxHarvest procedure.

7. DR. BOLTON has worked as a medical doctor for more than 29 years, specifically dedicate to specialized hair restoration surgery.

8. DR. BOLTON is a Florida licensed doctor of osteopathic medicine and owns and operates BOLTON MGMT., d/b/a Great Hair Transplants based in Fort Lauderdale, Florida.

9. Beginning in 2022, Defendant began inquiring with Plaintiffs about a scheduling a hair transplant procedure.

10. Specifically, Defendant advised Plaintiffs' staff that he had been following DR. BOLTON for years.

11. Defendant's surgery was scheduled for and performed on July 14, 2021.

12. Defendant was quoted $8,000.00 for 6000 hairs or 30 cm² and any additional hair over the 6,000 quoted would be charged at $1.00 per hair.

13. Defendant paid a $1,000.00 deposit and then paid the additional $12,000.00 – a total of $13,000.00 and he received 12,000 hairs or 60 cm².[1]

---

[1] This amount would actually equate $14,000.00, however Defendant was not charged the additional $1,000.00.

14. Prior to the surgery, Defendant was advised, *as all patients are*, that there is a strong likelihood of the need for a second procedure due to the nature of the procedure. Defendant acknowledged this likelihood especially in light of the fact he was bald.

15. Upon completion of the surgery the Defendant praised DR. BOLTON and his staff for their work and his satisfaction.

16. For 15 months after the surgery Defendant continued contact with Plaintiff and the staff including potentially scheduling a follow up procedure, requesting medication refills, and also sending photographs demonstrating the successful transplant.

17. In fact, Defendant was so satisfied with DR. BOLTON's work, he expressly advised that for the second procedure he "wants only DR. BOLTON and no one else". *See Text Messages Attached as Exhibit 1.*

18. Defendant never indicated, advised, or in any way expressed any dissatisfaction with the procedure results, DR. BOLTON or any of Plaintiff's staff.

19. Beginning in approximately May of 2025, Defendant began posting false and misleading posts on the internet – specifically www.Reddit.com.

20. These posts contained intentionally and knowing false information. For example, Defendant posted on September 4, 2025 a thread on Reddit entitled "Avoid Dr. Brett Bolton (Great Hair Transplants) My Botched Experience" and included a photograph – claiming to be him during his procedure however the photograph was pulled from a video on YouTube posted more than 12 years prior.

21. Further, Defendant claims to have spoken with a former patient of Plaintiff named "William" and included photographs of "William's" allegedly disappointing procedure. *See False Post Attached as Exhibit 2.*

3

22. The person who is in fact depicted in the photographs commented on the post advising Defendant that his statements were false. *See Post Attached as Exhibit 3.*

23. In approximately October of 2025, Plaintiffs sent a cease-and-desist letter directly to Defendant providing the evidence demonstrating the statements he was making were false and requested his immediate retraction and correction of the intentional false statements.

24. Defendant did not respond to the cease-and-desist letter and also failed to remedy the false statements, in fact, Defendant continued to keep making the false statements.

25. Defendant has since continued its libelous campaign and created posts attempting to assert that two additional patients of DR. BOLTON are dissatisfied with their surgeries – however this is demonstrably false.

26. The persons "Aldo" and "Ryan" discussed by the Defendant had their surgeries more than three (3) years ago and have continuously provided Plaintiff with examples of their positive results – which have been shared publicly.

27. Finally, Defendant has also begun a campaign in posting and stating that DR. BOLTON is not a certified medical doctor which is a blatant lie and mere efforts to tarnish DR. BOLTON.

28. DR. BOLTON has been a licensed doctor of osteopathic medicine since 1996 which is evident on DR. BOLTON's website as well as through public records.

29. Most recently, Defendant has posted that DR. BOLTON has operated "under the influence of many illegal substances" which is blatantly false and insurmountably damaging to DR. BOLTON's professional reputation.

## COUNT I
## DEFAMATION

30. Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

31. Defendant knowingly and intentionally published written statements about Plaintiffs on the internet, including but not limited to www.Reddit.com and other social media platforms.

32. These statements were all posted with malice and the intention of harming Plaintiffs and were not personal opinions.

33. These statements were all available to third-parties and in fact read by third-parties which is evidenced by the ongoing communication and commenting made by third-parties and Defendant.

34. These statements were knowingly false and were intentionally published or were published with reckless disregard.

35. As a direct result of Defendant's unlawful actions, Plaintiffs have suffered direct harm, including but not limited to loss of business and reputational harm.

36. Defendant has continued to publicly post and defame Plaintiffs and as such Plaintiffs continue to suffer harm.

## COUNT II
## DEFAMATION PER SE

37. Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

38. Defendant knowingly and intentionally published written statements about Plaintiffs on the internet, including but not limited to www.Reddit.com and other social media platforms.

39. Such statements were posted with malice and the intention of harming Plaintiffs and were not personal opinions.

40. These statements were all available to third-parties and in fact read by third-parties which is evidenced by the ongoing communication and commenting made by third-parties and Defendant.

41. These statements were knowingly false and were intentionally published or published with reckless disregard.

42. Further, the statements stating the DR. BOLTON is not a registered medical doctor constitutes defamation per se as they allege conduct incompatible with Plaintiffs' business and trade profession, impute fraud and also allege potential criminal conduct of practicing medicine without a license.

43. These statements were made with malicious intent to harm DR. BOLTON personally.

44. As a direct result of Defendant's unlawful actions, Plaintiffs have suffered direct harm, including but not limited to loss of business and reputational harm.

45. Defendant has continued to publicly post and defame Plaintiffs and as such Plaintiffs continue to suffer harm.

## COUNT III
## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

46. Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

47. Upon information and belief, Defendant was fully aware that the audience of its online posts were all potential consumers of Plaintiffs – each of whom would have a direct interest in Plaintiffs' services.

48. Defendant willfully, and maliciously, published falsehoods and fostered the dissemination of disparaging and demonstrably false statements regarding Plaintiffs' business, including, but not limited to, its business practices and false records of surgery.

49. In making such statements, Defendants intentionally interfered with Plaintiffs' existing and prospective business relationships, with intent to harm Plaintiffs' business.

50. Upon information and belief, Defendant encouraged and participated in inciting the readers to cancel or avoid working with Plaintiffs and DR. BOLTON specifically.

51. Defendant acted with malice, and without privilege, in furtherance of an intent to damage and interfere with DR. BOLTON and Plaintiffs' business.

52. The actions and communications with Plaintiffs prior to (and during) the posting of this false information demonstrate that it acted wantonly and with willful disregard of Plaintiffs' rights, and therefore, its conduct warrants punitive damages at the appropriate stage of this proceeding.

53. Plaintiffs have been damaged by Defendant's conduct in an amount which exceeds $75,000.00.

WHEREFORE, Plaintiffs, DR. BRETT BOLTON and BOLTON MANAGEMENT LLC respectfully request that this Honorable Court enter judgement awarding Plaintiffs such damages, including compensatory, actual and punitive damages and attorney fees and costs, as are appropriate in view of Defendants' ongoing conduct and any other relief this Court deems just.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury for all issues so triable.

Dated: February 12, 2026                    Respectfully Submitted,

                                           By: /s/KELLY ANN M. DESROSIERS
Kelly Ann M. desRosiers, Esq.
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
Lorri Lomnitzer, Esq.
Florida Bar No. 37632
Lorri@Lomnitzerlaw.com
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy. Suite 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
*Attorneys for Plaintiff*

8