# EXHIBIT 1

> Hi Yariel GM! Hope these help

Appreciated josh. Wow it's a big change then to now with the hairline in place feel & look younger. I Cant wait to get even more hair thicken up density. 🙏

There was 1 or 2 pixtures with the open head I think sideways where kind of see me awake. can I get that one to show him how I was awake and literally felt nothing painless through out the procedure.

And do you guys do surgery during the winter holidays sometime by December or before / after.

> Yes we are available. Send



