# EXHIBIT 2



**ronoworn** · 15m ago

I've spoken to William myself he went elsewhere to get the density he desired after being regretful of choosing that clinic I have many patients of Dr Bolton on chats on here with many pictures shared by them and all of them regret it alot of bad density same results same outcome all of them.

I will make a write up with all those who have allowed me to shared the results soon this accounts are getting out of hand promoting that bad reputable clinic even calling him better than Ratchathorn and Laorwong is insane instead learn from those 2 doctors and start doing Follicular Units better harvesting and better techs smaller incitions AND spend extra hours yourself making sure you can implant 40 to 50 hairs per cm2 not those shitty mini grafts or Bolton bundles as you called which in fact are mini plugs low yield low density in 2025 using 1980 1990 surgery technique is insanity.

⇧ 0 ⇩    💬 Reply    🏅 Award    ↗ Share    ⋯

**Repulsive-Clothes178** · 1m ago

No you did not speak to William. However, we do...
Have a life !





**Jewtasteride** · 17m ago

Dr Bolton should set up a live debate with anyone here. I'd be thrilled to hear him argue the case for Maxharvestt ™ and Bolton bundles ™ .



**Repulsive-Clothes178** · 1m ago

There is no case. This harassment is unbecoming. I just spotted the message bellow again. You people should put limitations to what you say.