# EXHIBIT 3



**William Aboud**
8/15/25, 3:30 PM

### Dr Nader vs Dr Laorwong vs Dr P...
1 upvote • 18 comments

1/5 days

**Radiant_Astronaut353** • Now

I would like to publically ascertain that I am William, patient of Dr. Bolton whom this user is referring to. I have never had an interaction nor spoken with user YoniMtzHT before. I did my transplant with Dr Brett Bolton and publically say that he is the best doctor I've ever seen and has given me tremendous results with my hair transplant. It's 3 years later and my transplant is still holding up strong. Every person who has seen me asks me how I got such as great transplant & that it is the best they've ever seen.

If you reference the posts shared by user YoniMtzHT you will see that I am the OP on one of those posts.

Don't listen to that guy; he does not know what he is talking about & is a keyboard warrior with 0 claim.

1

**Repulsive-Clothes178** • 3h

No you did not speak to William. However, we do...
Have a life !

Reply