UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60402-LEIBOWITZ

BOLTON MANAGEMENT, LLC and
BRETT BOLTON,
    *Plaintiffs*,
v.

YARIEL MARTINEZ and JOHN DOE,
    *Defendants.*
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon the filing of the Complaint [ECF No. 1] on February 13, 2026. Plaintiff added a "John Doe defendant" to this case. [*See id.* at 1].

Rule 10(a) of the Federal Rules of Civil Procedure requires a complaint to "name all the parties." Fed. R. Civ. P. 10(a). "As a general matter, fictitious-party pleading is not permitted in federal court." *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010); *Moulds v. Bullard*, 345 F. App'x 387, 390 (11th Cir. 2009) (affirming dismissal of "John Doe corrections officers" in *pro se* complaint where the plaintiff "completely failed to describe some of those officers" and "gave general descriptions of others, such as by indicating the duty stations to which they were assigned"); *Picado v. Reyes*, No. 23-CV-20912, 2023 WL 7279322, at *4 (S.D. Fla. Nov. 3, 2023) (applying *Richardson* and *Moulds* as to inadequately identified John Does).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall **SHOW CAUSE** in writing why the John Doe defendant should not be dismissed **no later than February 20, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on February 13, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record